## JOSEPH CECIRE *versus* AUGUSTIN LAGRAVE

JOURNAL ENTRIES (1814–19): *Journal 2:* (1) Continued *p. 425; (2) continued *p. 440; (3) discontinued *p. 660.

PAPERS IN FILE: (1) Capias and return; (2) bond for appearance; (3) articles of agreement.

*Office Docket*, MS p. 5, c. 14; p. 35, c. 2.